UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Kevin Church, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:25-CV-01018-ADA |
| | § | |
| Khoros, LLC, | § | |
| *Defendant.* | § | |

**ORDER**

On July 21, 2025, Plaintiff filed a Voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 7. A unilateral dismissal such as this requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on July 21, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE